AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 242602 |
| Trans | 149757 |

Received From: **CARLSMITH BALL**
Case Number:
Reference Number: **CV 08-66JMS**

|  |  |
|---|---|
| Cash | 27.00 |
| Check | 350.00 |
| Total | 377.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
| CERTIFICATION | 322360 | 3 | 15.00 |
| CERTIFICATION | 510000 | 3 | 12.00 |

|  |  |
|---|---|
| **Total** | **377.00** |
| Tend | 377.00 |
| Due | 0.00 |

02/15/2008 10:02:10 AM       Deputy Clerk:  ag/AG       _____