KAWASHIMA LORUSSO & HARADA, LLP
  JAMES KAWASHIMA         #1145-0
  jkawashima@klhllp.com
  SHIRLEY M. KAWAMURA    #6978-0
  skawamura@klhllp.com
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Tel. No. 808-275-0300
Fax No. 808-275-0399

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>        Plaintiff,<br><br>      vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>        Defendants. | **CIVIL NO. CV 08-00066 JMS/BMK**<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>Assigned to the Hon. J. Michael Seabright<br>No Trial Date Has Been Set |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that as of this date, defendant International Business Machines Corporation has no parent corporation, and no publicly held corporate owns more than 10% or more of its stock.

By filing this Corporate Disclosure Statement, IBM does not waive any defenses under Federal Rule of Civil Procedure 12(b) or may otherwise raise by a responsive pleading motion.

DATED:  Honolulu, Hawaii
        April 25, 2008

KAWASHIMA LORUSSO & HARADA, LLP

By: _____
Shirley M. Kawamura
Attorney for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION