KAWASHIMA LORUSSO & HARADA, LLP
  JAMES KAWASHIMA         #1145-0
  jkawashima@klhllp.com
  SHIRLEY M. KAWAMURA    #6978-0
  skawamura@klhllp.com
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Tel. No. 808-275-0300
Fax No. 808-275-0399

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION


CARLSMITH BALL LLP
  ROBERT D. TRIANTOS      2549-0
  EDMUND W.K. HAITSUKA   6915-0
75-1000 Henry Street, Suite 209
P.O. Box 1720
Kaulua-Kona, HI 96745-1720
Tel. No. 808-329-6464
Fax No. 808-329-9750

Attorneys for Plaintiff
RSI CORP.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>           Defendants. | CV08 00066 JMS BMK<br><br>FIRST STIPULATION EXTENDING TIME FOR DEFENDANT IBM TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Assigned to the Hon. J. Michael Seabright |

20502/2478368.1

WHEREAS, Plaintiff RSI Corporation personally served defendant International Business Machines Corporation ("IBM") with the complaint in this action on April 14, 2008,

WHEREAS, defendant IBM would, without any extensions, be required to answer or otherwise respond to plaintiff's complaint on or before May 5, 2008, and

WHEREAS, there have been no previous extensions of defendant's responsive pleading deadline;

Plaintiff RSI Corporation and defendant IBM hereby stipulate to extend the time for defendant IBM to answer or otherwise respond to plaintiff's complaint by twenty-two (22) days through and including May 27, 2008.

DATED: Kailua-Kona, Hawaii
April 25, 2008

CARLSMITH BALL LLP

By: _____
Robert D. Triantos
Attorneys for Plaintiff
RSI CORP.

DATED: Honolulu, Hawaii
April 25, 2008

KAWASHIMA LORUSSO & HARADA, LLP

By: _____
Shirley M. Kawamura
Attorney for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

APPROVED AND SO ORDERED.

DATED: April ___, 2008

_____
Hon. J. Michael Seabright

20502/2478368.1

1