AO69

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **243531** |
| Trans | 151078 |

Received From: **VALERIE RODDY**
Case Number:
Reference Number: **CV 03-66JMS**

|  |  |
|---|---:|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---:|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

05/09/2008 03:36:23 PM      Deputy Clerk: ag/AG