# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt    **243532**

Trans      151079

Received From:      **SHON MORGON**
Case Number:
Reference Number:   **CV 03-66JMS**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

05/09/2008 03:37:12 PM       Deputy Clerk:  ag/AG