AO85

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 243533 |
| Trans | 151080 |

Received From:  SCOTT L. WATSON
Case Number:
Reference Number:  CV 08-66-JMS

|  |  |
|---|---|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | Total | 225.00 |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

05/09/2008 03:37:52 PM     Deputy Clerk:  ag/AG

