# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 243531 |
|---|---|
| Trans | 151078 |

Received From:   **VALERIE RODDY** 
Case Number:
Reference Number:   CV 08-66JMS

| | | | |
|---|---|---|---|
| | | Check | 225.00 |
| | | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
| | | Total | 225.00 |
| | | Tend | 225.00 |
| | | Due | 0.00 |

05/09/2008 03:36:23 PM     Deputy Clerk:   ag/AG

