**ORIGINAL**

KAWASHIMA LORUSSO & HARADA, LLP
  JAMES KAWASHIMA        #1145-0
  jkawashima@klhllp.com
  SHIRLEY M. KAWAMURA    #6978-0
  skawamura@klhllp.com
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Tel. No. 808-275-0300
Fax No. 808-275-0399

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at 4 o'clock and 30 min. P M.
SUE BEITIA, CLERK

**LODGED**

MAY 09 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>        Defendants. | **CIVIL NO. CV 08-00066 JMS/BMK**<br><br>*EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF VALERIE RODDY; DECLARATION OF SHIRLEY M. KAWAMURA; DECLARATION OF VALERIE RODDY; ORDER GRANTING *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF VALERIE RODDY; CERTIFICATE OF SERVICE<br><br>Assigned to the Hon. J. Michael Seabright<br>No Trial Date Has Been Set |

20502/2481679.1

*EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF VALERIE RODDY

Pursuant to Local Rule ("LR") 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant International Business Machines Corporation ("IBM" or "Defendant") hereby moves this Court *ex parte* for an Order permitting Valerie Roddy, Esq. of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP to appear and be associated as co-counsel with Kawashima Lorusso & Harada, LLP on behalf of IBM before this Court.

This application is made in accordance with LR 83.1(e) and is based on the Declarations of Shirley M. Kawamura, Esq. and Valerie Roddy, Esq. attached hereto.

DATED:   Honolulu, Hawaii
         ~~April~~ 8, 2008
         May

KAWASHIMA LORUSSO & HARADA, LLP

By: _____
    Shirley M. Kawamura
    Attorney for Defendant
    INTERNATIONAL BUSINESS
    MACHINES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. CV 08-00066 JMS/BMK<br><br><br>DECLARATION OF SHIRLEY M. KAWAMURA |

## DECLARATION OF SHIRLEY M. KAWAMURA

I, SHIRLEY M. KAWAMURA, declare as follows:

1. I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for International Business Machines Corporation ("IBM") in the above-entitled action.

2. This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended.

3. I make this Declaration in support of the foregoing *ex parte* application for admission and association of Valerie Roddy, Esq. with the firm of Kawashima Lorusso & Harada, LLP.

4. Valerie Roddy, Esq. is licensed to practice law in California and is fully qualified to represent IBM in the above-entitled action.

5. Ms. Roddy has previously represented IBM in another matter and is an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, a firm that has specially appeared as counsel

for IBM in various matters around the country and possesses a detailed knowledge of IBM's business affairs, operations and history.

6. I believe the attorney-client relationship and familiarity that has developed between Quinn Emanuel Urquhart Oliver & Hedges, LLP and IBM will substantially facilitate representation of IBM in this litigation.

7. On behalf of the law firm of Kawashima Lorusso & Harada, LLP, I consent and recommend that Valerie Roddy, Esq. be permitted to appear and be associated as co-counsel with the law firm of Kawashima Lorusso & Harada, LLP in the presentation of matters herein before this Court.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, MAY 0 9 2008

SHIRLEY M. KAWAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. CV 08-00066 JMS/BMK<br><br>DECLARATION OF VALERIE RODDY |

### DECLARATION OF VALERIE RODDY

I, VALERIE RODDY, declare as follows:

1. I make this Declaration pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended, and in support of my application to appear *pro hac vice* in the above-captioned action.

2. I am actively licensed by the State of California since 2004, and am currently an associate at the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, located at 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

3. I do not reside in Hawaii, nor am I regularly employed in Hawaii; I am also not regularly engaged in business, professional, or law-related activities in Hawaii.

4. I am a resident of Los Angeles, California; my address is 1445 North Benton Way, Los Angeles, California 90026.

5. I am a member in good standing of the State Bar of California, and am licensed to practice before all courts, including the highest courts, of that state.

6. I have never been the subject of any suspension, disbarment or other disciplinary sanctions by any court in any jurisdiction.

7. No disciplinary charges are pending against me.

8. In the year preceding the present application, I have not made any *pro hac vice* application in this Court.

9. Defendant IBM has requested that I represent them in association with James Kawashima, Esq., Shirley M. Kawamura, Esq., and the law firm of Kawashima Lorusso & Harada, LLP, in the above-captioned litigation.

10. Any appearance I make in this action on behalf of IBM will be in association with James Kawashima, Esq., Shirley M. Kawamura, Esq., and the law firm of Kawashima Lorusso & Harada, LLP.

11. If admitted, I will abide by all applicable rules and procedures of the State of Hawaii and the U.S. District Court for the District of Hawaii as well as any other orders of this Court.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    Los Angeles, California, *April 23, 2008*

*Valerie Roddy*
VALERIE RODDY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>　　　　　　　Defendants. | **CIVIL NO. CV 08-00066 JMS/BMK**<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF VALERIE RODDY<br><br><br>Assigned to the Hon. J. Michael Seabright<br>No Trial Date Has Been Set |

ORDER GRANTING *EX PARTE* APPLICATION FOR
ADMISSION *PRO HAC VICE* OF VALERIE RODDY

　　Upon due consideration of Defendant International Business Machines Corporation's ('IBM") *Ex Parte* Application for Admission *Pro Hac Vice* of Valerie Roddy, the Declarations of Shirley M. Kawamura, Esq. and Valerie Roddy, Esq., and finding good cause therefor,

　　IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Valerie Roddy, Esq. is admitted *Pro Hac Vice* in this matter as co-counsel with the law firm of Kawashima Lorusso & Harada, LLP.

　　DATED:　　Honolulu, Hawaii, _____5·12·2008_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JUDGE OF THE ABOVE-ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. CV 08-00066 JMS/BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to the following last known address:

ROBERT D. TRIANTOS
EDMUND W.K. HAITSUKA
CARLSMITH BALL LLP
75-1000 Henry Street, Suite 209
P.O. Box 1720
Kailua-Kona, HI 96745-1720
Attorney for Plaintiff
RSI Corp.

DATED:  Honolulu, Hawaii, _____MAY 0 9 2008_____

SHIRLEY M. KAWAMURA
Attorneys for Defendant
International Business Machines Corporation

20502/2481679.1                    1