**ORIGINAL**

KAWASHIMA LORUSSO & HARADA, LLP
  JAMES KAWASHIMA        #1145-0
  jkawashima@klhllp.com
  SHIRLEY M. KAWAMURA    #6978-0
  skawamura@klhllp.com
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Tel. No. 808-275-0300
Fax No. 808-275-0399

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at 4 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

**LODGED**

MAY 09 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>      Defendants. | **CIVIL NO. CV 08-00066 JMS/BMK**<br><br>*EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF SHON MORGAN; DECLARATION OF SHIRLEY M. KAWAMURA; DECLARATION OF SHON MORGAN; ORDER GRANTING *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF SHON MORGAN; CERTIFICATE OF SERVICE<br><br>Assigned to the Hon. J. Michael Seabright<br>No Trial Date Has Been Set |

20502/2481860.1

*EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF SHON MORGAN

Pursuant to Local Rule ("LR") 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant International Business Machines Corporation ("IBM" or "Defendant") hereby moves this Court *ex parte* for an Order permitting Shon Morgan, Esq. of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP to appear and be associated as co-counsel with Kawashima Lorusso & Harada, LLP on behalf of IBM before this Court.

This application is made in accordance with LR 83.1(e) and is based on the Declarations of Shirley M. Kawamura, Esq. and Shon Morgan, Esq. attached hereto.

DATED:   Honolulu, Hawaii
         April 8, 2008 [May]

KAWASHIMA LORUSSO & HARADA, LLP

By: _____
Shirley M. Kawamura
Attorney for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

20502/2481860.1                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. CV 08-00066 JMS/BMK<br><br><br>DECLARATION OF SHIRLEY M. KAWAMURA |

### DECLARATION OF SHIRLEY M. KAWAMURA

I, SHIRLEY M. KAWAMURA, declare as follows:

1.  I am an attorney licensed to practice law before all the state and federal courts in the State of Hawaii and am one of the attorneys for International Business Machines Corporation ("IBM") in the above-entitled action.

2.  This Declaration is made in lieu of an affidavit pursuant to Local Rule 7.6, Rules of the United States District Court for the District of Hawaii, as amended.

3.  I make this Declaration in support of the foregoing *ex parte* application for admission and association of Shon Morgan, Esq. with the firm of Kawashima Lorusso & Harada, LLP.

4.  Shon Morgan, Esq. is licensed to practice law in California and is fully qualified to represent IBM in the above-entitled action.

5.  Mr. Morgan and his firm, Quinn Emanuel Urquhart Oliver & Hedges, LLP, have specially appeared as counsel for IBM in various matters around the country, and possess a detailed knowledge of IBM's business affairs, operations, and history.

6.  I believe the attorney-client relationship and familiarity that has developed between Shon Morgan, Quinn Emanuel Urquhart Oliver & Hedges, LLP and IBM will substantially facilitate representation of IBM in this litigation.

7.  On behalf of the law firm of Kawashima Lorusso & Harada, LLP, I consent and recommend that Shon Morgan, Esq. be permitted to appear and be associated as co-counsel with the law firm of Kawashima Lorusso & Harada, LLP in the presentation of matters herein before this Court.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    Honolulu, Hawaii, MAY 0 9 2008

_____
SHIRLEY M. KAWAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>　　　　　Defendants. | CIVIL NO. CV 08-00066 JMS/BMK<br><br>DECLARATION OF SHON MORGAN |

## **DECLARATION OF SHON MORGAN**

I, SHON MORGAN, declare as follows:

1.　I make this Declaration pursuant to Local Rule 7.6, <u>Rules of the United States District Court for the District of Hawaii</u>, as amended, and in support of my application to appear *pro hac vice* in the above-captioned action.

2.　I am actively licensed by the State of California since 1997, and am currently a partner at the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, located at 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

3.　I do not reside in Hawaii, nor am I regularly employed in Hawaii; I am also not regularly engaged in business, professional, or law-related activities in Hawaii.

4.　I am a resident of Los Angeles, California; my address is 2408 Nottingham Avenue, Los Angeles, California 90027.

5.　I am a member in good standing of the State Bar of California, and am licensed to practice before all courts, including the highest courts, of that state.

6. I have never been the subject of any suspension, disbarment or other disciplinary sanctions by any court in any jurisdiction.

7. No disciplinary charges are pending against me.

8. In the year preceding the present application, I have not made any *pro hac vice* application in this Court.

9. Defendant IBM has requested that I represent them in association with James Kawashima, Esq., Shirley M. Kawamura, Esq., and the law firm of Kawashima Lorusso & Harada, LLP, in the above-captioned litigation.

10. Any appearance I make in this action on behalf of IBM will be in association with James Kawashima, Esq., Shirley M. Kawamura, Esq., and the law firm of Kawashima Lorusso & Harada, LLP.

11. If admitted, I will abide by all applicable rules and procedures of the State of Hawaii and the U.S. District Court for the District of Hawaii as well as any other orders of this Court.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    Los Angeles, California,  April 29, 2008

SHON MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20, <br><br> Defendants. | CIVIL NO. CV 08-00066 JMS/BMK <br><br> ORDER GRANTING *EX PARTE* APPLICATION FOR ADMISSION *PRO HAC VICE* OF SHON MORGAN <br><br><br> Assigned to the Hon. J. Michael Seabright <br> No Trial Date Has Been Set |

ORDER GRANTING *EX PARTE* APPLICATION FOR
ADMISSION *PRO HAC VICE* OF SHON MORGAN

Upon due consideration of Defendant International Business Machines Corporation's ('IBM") *Ex Parte* Application for Admission *Pro Hac Vice* of Shon Morgan, the Declarations of Shirley M. Kawamura, Esq. and Shon Morgan, Esq., and finding good cause therefor,

IT IS HEREBY ORDERED that the Ex Parte Motion is GRANTED and that Shon Morgan, Esq. is admitted *Pro Hac Vice* in this matter as co-counsel with the law firm of Kawashima Lorusso & Harada, LLP.

DATED:   Honolulu, Hawaii,    5·12·2008

_____
JUDGE OF THE ABOVE-ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CIVIL NO. CV 08-00066 JMS/BMK<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to the following last known address:

ROBERT D. TRIANTOS
EDMUND W.K. HAITSUKA
CARLSMITH BALL LLP
75-1000 Henry Street, Suite 209
P.O. Box 1720
Kailua-Kona, HI 96745-1720
Attorney for Plaintiff
RSI Corp.

DATED:   Honolulu, Hawaii,   MAY 0 9 2008

_____
SHIRLEY M. KAWAMURA
Attorneys for Defendant
International Business Machines Corporation