CARLSMITH BALL LLP

ROBERT D. TRIANTOS            2549-0
EDMUND W.K. HAITSUKA       6915-0
75-1000 Henry Street, Suite 209
P.O. Box 1720
Kailua-Kona, HI 96745-1720
Tel No. 808.329.6464
Fax No. 808.329.9450
rtriantos@carlsmith.com

Attorneys for Plaintiff
RSI CORP., dba RESPONSIVE
SYSTEMS COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendant. | CIVIL NO. CV08-00066 JMS/BMK<br><br>PLAINTIFF RSI'S NOTICE OF NON-OPPOSITION TO DEFENDANT IBM'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

**PLAINTIFF RSI'S NOTICE OF NON-OPPOSITION
TO DEFENDANT IBM'S MOTION TO TRANSFER
<u>VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA</u>**

COMES NOW Plaintiff RSI CORP., dba RESPONSIVE SYSTEMS

COMPANY, a New Jersey corporation, by and through its attorneys, Carlsmith

Ball LLP, and states that it does not oppose Defendant IBM's Motion to Transfer venue of this matter to the Northern District of California.

DATED:  Kailua-Kona, Hawaii, June 25, 2008.

/s/ Gary Grimmer
ROBERT D. TRIANTOS
EDMUND W.K. HAITSUKA

Attorneys for Plaintiff
RSI CORP., dba RESPONSIVE SYSTEMS COMPANY

CARLSMITH BALL LLP

ROBERT D. TRIANTOS           2549-0
EDMUND W.K. HAITSUKA         6915-0
75-1000 Henry Street, Suite 209
P.O. Box 1720
Kailua-Kona, HI 96745-1720
Tel No. 808.329.6464
Fax No. 808.329.9450
rtriantos@carlsmith.com

Attorneys for Plaintiff
RSI CORP., dba
RESPONSIVE SYSTEMS COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendant. | CIVIL NO. CV08-00066 JMS/BMK<br><br>CERTIFICATE OF SERVICE RE PLAINTIFF RSI'S NOTICE OF NON-OPPOSITION TO DEFENDANT IBM'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA |

**CERTIFICATE OF SERVICE PLAINTIFF RSI's NOTICE
OF NON-OPPOSITION TO DEFENDANT IBM'S MOTION TO
TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I HEREBY CERTIFY that a copy of PLAINTIFF RSI's NOTICE OF

NON-OPPOSITION TO DEFENDANT IBM'S MOTION TO TRANSFER

VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to the following last known address:

> KAWASHIMA LORUSSO & HARADA, LLP
> JAMES KAWASHIMA
> SHIRLEY M. KAWAMURA
> Topa Financial Center
> Fort Street Tower
> 745 Fort Street, Suite 500
> Honolulu, Hawaii 96813
>
> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
> SHON MORGAN
> SCOTT L. WATSON
> VALERIE RODDY
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017
>
> DATED: Kailua-Kona, Hawaii, June 25, 2008.

/s/ Gary Grimmer
ROBERT D. TRIANTOS
EDMUND W.K. HAITSUKA

Attorneys for Plaintiff
RSI CORP., dba RESPONSIVE SYSTEMS COMPANY