KAWASHIMA LORUSSO & HARADA, LLP
  JAMES KAWASHIMA      #1145-0
  jkawashima@klhllp.com
  SHIRLEY M. KAWAMURA      #6978-0
  skawamura@klhllp.com
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Tel. No. 808-275-0300
Fax No. 808-275-0399

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

CARLSMITH BALL LLP
  ROBERT D. TRIANTOS      2549-0
  EDMUND W.K. HAITSUKA      6915-0
75-1000 Henry Street, Suite 209
P.O. Box 1720
Kaulua-Kona, HI 96745-1720
Tel. No. 808-329-6464
Fax No. 808-329-9750

Attorneys for Plaintiff
RSI CORP.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>        Defendants. | CIV. NO. 08-00066 JMS/BMK<br><br>STIPULATION TO TRANSFER VENUE TO THE NORTER DISTRICT OF CALIFORNIA<br><br>Assigned to the Hon. J. Michael Seabright |

WHEREAS, plaintiff RSI Corporation filed a lawsuit against defendant International Business Machines Corporation ("IBM") in this Court on February 15, 2008,

WHEREAS, defendant IBM filed a motion to transfer venue to the United States District Court for the Northern District of California on May 27, 2008, and

WHEREAS, plaintiff RSI Corporation filed its notice of non-opposition to IBM's motion to transfer venue on June 25, 2008,

Plaintiff RSI Corporation and defendant IBM hereby stipulate to transfer this action to the United States District Court for the Northern District of California for all further proceedings.

| | |
|---|---|
| DATED:  Kailua-Kona, Hawaii<br>July 2, 2008 | CARLSMITH BALL LLP |
| | By  /s/ Robert D. Triantos |
| | Robert D. Triantos<br>Attorneys for Plaintiff<br>RSI CORP. |
| DATED:  Honolulu, Hawaii<br>July 2, 2008 | KAWASHIMA LORUSSO & HARADA, LLP |
| | By  /s/ Shirley M. Kawamura |
| | Shirley M. Kawamura<br>Attorney for Defendant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July14, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge