# U.S. District Court
## District of Hawaii (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:08–cv–00066–JMS–BMK

| | |
|---|---|
| RSI Corporation v. International Business Machines Corporation et al | Date Filed: 02/15/2008 |
| Assigned to: JUDGE J. MICHAEL SEABRIGHT | Date Terminated: 07/14/2008 |
| Referred to: Judge BARRY M. KURREN | Jury Demand: None |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**RSI Corporation**
*a New Jersey corporation*
*doing business as*
Responsive Systems Company

represented by **Edmund W.K. Haitsuka**
Carlsmith Ball LLP
75–1000 Henry St Ste 209
Kailua–Kona, HI 96740
808 329–6464
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary G. Grimmer**
Carlsmith Ball
1001 Bishop St Ste 2200
Honolulu, HI 96813
523–2500
Email: ggrimmer@carlsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Triantos**
Carlsmith Ball LLP
P O Box 1720
Kailua–Kona, HI 96745–1720
808 329–6464
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**International Business Machines
Corporation**

represented by **Scott L. Watson**
Quinn Emanuel Urquhart Oliver &Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shirley M. Kawamura**
Kawashima Lorusso &Harada LLP
Topa Financial Center
745 Fort St Ste 500

Honolulu, HI 96813
275–0300
Fax: 275–0399
Email: skawamura@kltlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shon Morgan**
Quinn Emanuel Urqhart Oliver &Hedges LLP
865 S Figueroa St 10 Flr
Los Angeles, CA 90017
213 624–7707
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Valerie Roddy**
Quinn Emanuel Urquhart Oliver &Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Defendants 1–20**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | Ï 1 | COMPLAINT against all defendants (Filing fee $ 350.), filed by RSI Corporation. (Attachments: # 1 Civil Cover Sheet)(gls, ) (Entered: 02/19/2008) |
| 02/15/2008 | Ï 2 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 5/12/2008 before Judge BARRY M. KURREN.. Signed by JUDGE HELEN GILLMOR on 2/15/08. (Attachments: # 1 Corporate Disclosure memo)(gls, ) (Entered: 02/19/2008) |
| 02/15/2008 | Ï 3 | Filing fee: $ 350.00, receipt number 242602 (gls, ) (Entered: 02/19/2008) |
| 04/25/2008 | Ï 4 | Corporate Disclosure Statement by International Business Machines Corporation. (Kawamura, Shirley) (Entered: 04/25/2008) |
| 04/25/2008 | Ï 5 | STIPULATION *Extending Time for Defendant IBM to Respond to Plaintiff's Complaint* by International Business Machines Corporation. (Kawamura, Shirley) (Entered: 04/25/2008) |
| 04/27/2008 | Ï | CORRECTIVE ENTRY. The entry docket number 5 Stipulation filed by International Business Machines Corporation was filed incorrectly in this case. The Stipulation shall be submitted In Accordance With Section 9 – Submission of Proposed Orders – of the Amended General Procedural Order. The signatures shall be converted to the E–signature convention (e.g., /s/Attorneys Name) and then submitted to Magistrate Judge Kurren Order Email Box. The filing party may reference the order, the Users Guide or the Court website for the email address to the appropriate Judge. (gls, ) (Entered: 04/27/2008) |
| 04/28/2008 | Ï 6 | |

|  |  |  |
|---|---|---|
|  |  | EO: Rule 16 Scheduling Conference is continued from 5/12/2008 to 9:00AM on 7/14/2008 before Judge BARRY M. KURREN by agreement of the parties. Scheduling Conference Statements due 7/7/2008. Shirley M. Kawamura notified parties. (Judge BARRY M. KURREN)(rwy) (Entered: 04/28/2008) |
| 04/30/2008 | Ï 7 | First STIPULATION Extending Time For Defendant IBM to Respond to Plaintiff's Complaint, International Business Machines Corporation answer due 5/27/2008.. Signed by Judge BARRY M. KURREN on 4/28/08. (gls, ) (Entered: 05/01/2008) |
| 05/02/2008 | Ï 8 | Affidavit of Service Returned Executed by RSI Corporation. IBM Served on 4/14/08. (Attachments: #_1 Exhibit 1)(gls, ) (Entered: 05/02/2008) |
| 05/09/2008 | Ï 9 | PRO HAC VICE Filing fee for attorney Valerie Roddy: $ 225.00, receipt number 243531 (bbb, ) (Entered: 05/13/2008) |
| 05/09/2008 | Ï 10 | PRO HAC VICE Filing fee for attorney Shon Morgon: $ 225.00, receipt number 243532 (bbb, ) (Entered: 05/13/2008) |
| 05/09/2008 | Ï 11 | PRO HAC VICE Filing fee for attorney Scott L. Watson: $ 225.00, receipt number 243533 (bbb, ) (Entered: 05/13/2008) |
| 05/09/2008 | Ï 12 | Filing fee: $ 225.00, receipt number 243533 as to Scott L. Watson – Pro Hac Vice (gls, ) (Entered: 05/13/2008) |
| 05/09/2008 | Ï 13 | Filing fee: $ 225.00, receipt number 243532 as to Shon Morgan – Pro Hac Vice (gls, ) (Additional attachment(s) added on 5/13/2008: #_1 Main Document) (gls, ). (Entered: 05/13/2008) |
| 05/09/2008 | Ï 14 | Filing fee: $ 225.00, receipt number 243531 as to Valerie Roddy – Pro Hac Vice (gls, ) (Entered: 05/13/2008) |
| 05/12/2008 | Ï 15 | Ex Parte Application and Order for Admission Pro Hac Vice, Attorney Valerie Roddy for International Business Machines Corporation added.. Signed by Judge BARRY M. KURREN on 5/12/08. (Attachments: #_1 Declaration of Shirley M. Kawamura, #_2 Declaration of Valerie Roddy, #_3 Order Granting Ex Parte Application for Admission Pro Hac Vice, #_4 Certificate of Service)(gls, ) (Entered: 05/13/2008) |
| 05/12/2008 | Ï 16 | Ex Parte Application and Order for Pro Hac Vice, Attorney Shon Morgon for International Business Machines Corporation added.. Signed by Judge BARRY M. KURREN on 5/12/08. (Attachments: #_1 Declaration of Shirley M. Kawamura, #_2 Declaration of Shon Morgan, #_3 Order granting Application for Pro Hac Vice as to Shon Morgan, #_4 Certificate of Service)(gls, ) (Entered: 05/13/2008) |
| 05/12/2008 | Ï 17 | Ex Parte Application and Order for Pro Hac Vice, Attorney Scott L. Watson for International Business Machines Corporation added.. Signed by Judge BARRY M. KURREN on 5/12/08. (Attachments: #_1 Declaration of Shirley M. Kawamura, #_2 Declaration of Scott L. Watson, #_3 Order Granting Ex Parte Application for Admission Pro Hac Vice of Scott L. Watson, #_4 Certificate of Service)(gls, ) (Entered: 05/13/2008) |
| 05/27/2008 | Ï 18 | MOTION to Change Venue *to the Northern District of California Pursuant to 28 U.S.C. 1404(A)* Shirley M. Kawamura appearing for Defendant International Business Machines Corporation (Attachments: #_1 Table of Contents, #_2 Table of Authorities, #_3 Memorandum in Support of Defendant IBM's Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. 1404(A), #_4 |

| | | |
|---|---|---|
| | | Local Rule 7.5(e) Certification, #_5_ Declaration of Michael J. Harris, #_6_ Declaration of Valerie Roddy, #_7_ Exhibit A, #_8_ Exhibit B, #_9_ Certificate of Service)(Kawamura, Shirley) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 19 | MOTION to Dismiss *or, in the Alternative, Strike* Shirley M. Kawamura appearing for Defendant International Business Machines Corporation (Attachments: #_1_ Table of Contents, #_2_ Table of Authorities, #_3_ Memorandum in Support of Defendant IBM's Motion to Dismiss or, in the Alternative, Strike, #_4_ Local Rule 7.5(e) Certification, #_5_ Certificate of Service)(Kawamura, Shirley) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 20 | NOTICE by International Business Machines Corporation re _19_ MOTION to Dismiss *or, in the Alternative, Strike*, _18_ MOTION to Change Venue *to the Northern District of California Pursuant to 28 U.S.C. 1404(A)* MOTION to Change Venue *to the Northern District of California Pursuant to 28 U.S.C. 1404(A)* MOTION to Change Venue *to the Northern District of California Pursuant to 28 U.S.C. 1404(A) Request for Judicial Notice in Support of (1) Defendant IBM's Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. 1404(A) and (2) Defendant IBM's Motion to Dismiss or, in the Alternative, Strike* International Business Machines Corporation. (Attachments: #_1_ Declaration of Michael J. Harris, #_2_ Exhibit A, #_3_ Exhibit B, #_4_ Exhibit C, #_5_ Exhibit D, #_6_ Exhibit E, #_7_ Exhibit F, #_8_ Certificate of Service)(Kawamura, Shirley) (Entered: 05/27/2008) |
| 05/29/2008 | Ï 21 | ENTERING ORDER: The court at this time takes no action on Defendant IBM'S Motion to Dismiss or, in the Alternative, Strike _19_ until after a determination of Defendant IBM's Motion to Change Venue to the Northern District of California Pursuant to 28 U.S.C. 1404(a). _18_ (JUDGE J. MICHAEL SEABRIGHT)(edm, ) (Entered: 05/29/2008) |
| 05/29/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 21 has been served by First Class Mail to the addresses of record on 5/29/2008. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (edm, ) (Entered: 05/29/2008) |
| 05/29/2008 | Ï 22 | NOTICE of Hearing on Motion _18_ Defendant IBM's Motion To Transfer Venue To The Northern District Of California Pursuant To 28 U.S.C. 1404(A) set for 7/14/2008 @ 09:30 AM in before Judge BARRY M. KURREN. (rwy) (Entered: 05/29/2008) |
| 05/29/2008 | Ï 23 | EO: Rule 16 Scheduling Conference set for 7/14/2008 @ 9:00 AM is moved to 9:30 AM the same day before Judge BARRY M. KURREN. (Judge BARRY M. KURREN)(rwy) (Entered: 05/29/2008) |
| 05/29/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 23 Set Deadlines/Hearings and 22 Notice of Hearing on Motion have been served by First Class Mail to the addresses of record on 5/29/08. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (rwy) (Entered: 05/29/2008) |
| 06/25/2008 | Ï 24 | NOTICE by RSI Corporation *Plaintiff RSI's Notice of Non–Opposition to Defendant IBM's Motion to Transfer Venue to the Northern District of California* RSI Corporation. (Attachments: #_1_ Certificate of Service)(Grimmer, Gary) (Entered: 06/25/2008) |
| 06/26/2008 | Ï 25 | EO: _18_ Defendant IBM's Motion To Transfer Venue To The Northern District Of California Pursuant To 28 U.S.C. 1404(A) and Rule 16 Scheduling Conference set |

| | | |
|---|---|---|
| | | for hearing on 7/14/2008 have been vacated. Shirley M. Kawamura to prepare Stipulation to transfer venue to the Northern District of California. Motion terminated: 18 Defendant IBM's Motion To Transfer Venue To The Northern District Of California Pursuant To 28 U.S.C. 1404(A). (Judge BARRY M. KURREN)(tyk) (Entered: 06/26/2008) |
| 06/26/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 25 Terminate Hearings, Terminate Motions, has been served by First Class Mail to the addresses of record on 6/26/2008. Registered Participants of CM/ECF received the document electronically at the e–mail address listed on the Notice of Electronic Filing (NEF). (tyk) (Entered: 06/26/2008) |
| 07/14/2008 | Ï 26 | STIPULATION To Transfer Venue To The Northern District of California. Signed by JUDGE J. MICHAEL SEABRIGHT on 7/14/08. (gls, ) (Entered: 07/14/2008) |
| 07/14/2008 | Ï | Case transferred to The Northern District of California. (gls, ) (Entered: 07/14/2008) |