QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant International
Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20, <br><br> Defendants. | CASE NO. 5:08-cv-3414 (HRL) <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** <br><br> Crtrm.: 2, 5th Floor <br> Judge: Hon. Howard R. Lloyd |

1  Defendant International Business Machines Corporation ("IBM")
2  respectfully declines to consent to the assignment of this case to a United States
3  Magistrate Judge for trial and disposition and hereby requests the reassignment of
4  this case to a United States District Judge.

DATED:  July 17, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/
    Shon Morgan
    Attorneys for Defendant
    International Business Machines
    Corporation