1

2                        UNITED STATES DISTRICT COURT

3                       NORTHERN DISTRICT OF CALIFORNIA

4                             SAN JOSE DIVISION

5

6

7

8    RSI Corporation, a New Jersey corporation         No. C08-03414
     doing business as Responsive Systems
     Company,

9

10              Plaintiff,                             **CLERK'S NOTICE OF IMPENDING
                                                       REASSIGNMENT TO A UNITED
                                                       STATES DISTRICT JUDGE**

11       v.

12   International Business Machines Corporation,

13              Defendant.
     _____/

14

15          The Clerk of this Court will now randomly reassign this case to a United States

16   District Judge because one or more of the parties has requested reassignment to a United States

17   District Judge or has not consented to jurisdiction by a Magistrate Judge.

18          PLEASE TAKE NOTICE that any hearings in the above-entitled  matter which

19   were  previously set  before the Honorable Judge Howard R. Lloyd have been vacated.

20

21

22

23

24

25   Dated: July 22, 2008                            RICHARD W. WIEKING,
                                                      United States District Court
26

27                                                     _/s/ Patty Cromwell_____
28                                                    By: Patty Cromwell
                                                      Courtroom Deputy Clerk to
                                                      Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1

2    THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4

5    Gary G. Grimmer      ggrimmer@carlsmith.com

6    Shirley M. Kawamura      skawamura@kltlaw.com

7    Shon Morgan      shonmorgan@quinnemanuel.com, amykuzio@quinnemanuel.com, westonreid@quinnemanuel.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2