**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 22, 2008

CASE NUMBER:  CV 08-03414 HRL
CASE TITLE:  RSI CORP, ET AL.-v-INTERNATIONAL BUSINESS MACHINES CORPORATION, ET AL.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/22/2008

FOR THE EXECUTIVE COMMITTEE:

_____
                Clerk

NEW CASE FILE CLERK:        7/22/2008

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 7/22/2008 | Special Projects | 7/22/2008 |
| Log Book Noted | 7/22/2008 | Entered in Computer | 7/22/2008 |

CASE SYSTEMS ADMINISTRATOR:
| | | | |
|---|---|---|---|
| Copies to:  All Counsel | 7/22/2008 | Transferor CSA | 7/22/2008bjw |