UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 (RMW/HRL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IBM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE**<br><br>Crtrm.:      6, 4th Floor<br>Judge:      Hon. Ronald M. Whyte<br>Hearing Date:  September 5, 2008<br>Hearing Time:  9:00 a.m. |

1   Upon due consideration of Defendant International Business Machines
2   Corporation's ("IBM") Motion to Dismiss or, in the Alternative, Strike, IBM's
3   Request for Judicial Notice and the exhibits thereto as authenticated by the
4   Declaration of Michael J. Harris and finding good cause therefor,
5       IT IS HEREBY ORDERED that defendant IBM's motion to dismiss is
6   GRANTED.  Plaintiff's Complaint fails to state a claim upon which relief can be
7   granted for the reasons stated in defendant IBM's papers.  This action is hereby
8   dismissed with prejudice.
9       DATED:    San Jose, California, _____

                                                    _____
                                                    Hon. Ronald M. Whyte

Submitted by:

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By  /s/ _____
    Shon Morgan

    Attorneys for Defendant International
    Business Machines Corporation