1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       Shon Morgan (Bar No. 187736)
2      shonmorgan@quinnemanuel.com
       Scott Watson (Bar No. 219147)
3      scottwatson@quinnemanuel.com
       Valerie Roddy (Bar No. 235163)
4      valerieroddy@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone:   (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Defendant International
   Business Machines Corporation
9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14  RSI CORP., dba RESPONSIVE          CASE NO. 5:08-cv-3414 (RMW/HRL)
    SYSTEMS COMPANY, a New Jersey
15  corporation,
                                       **PROOF OF SERVICE**
16
17          Plaintiff,                 Crtrm.: 6, 4th Floor
                                       Judge:  Hon. Ronald M. Whyte
18      vs.
19
    INTERNATIONAL BUSINESS
20  MACHINES CORPORATION; and
    DOE DEFENDANTS 1-20,
21
22          Defendants.
23
24
25
26
27
28

20502/2574940.1

## PROOF OF SERVICE

I am employed in the Honolulu, in the State of Hawaii. I am over the age of eighteen years and not a party to the within action; my business address is 1164 Bishop Street, Suite 124, Honolulu, Hawaii 96813.

On August 1, 2008, I served true copies of the following document(s) described as:

1.    **DEFENDANT IBM'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2.    **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT IBM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE**

3.    **[PROPOSED] ORDER GRANTING DEFENDANT IBM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE**

on the parties in this action as follows:

*Counsel for Plaintiff RSI Corp.*

Gary G. Grimmer
**Carlsmith Ball LLP**
1001 Bishop St. Ste. 2200
Honolulu, HI 96813

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2008, at Honolulu, Hawaii.

_____
Edward Kanohokula

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 1, 2008, I served true copies of the following document(s) described as:

1.     **DEFENDANT IBM'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2.     **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT IBM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE**

3.     **[PROPOSED] ORDER GRANTING DEFENDANT IBM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE**

on the parties in this action as follows:

*Counsel for Plaintiff RSI Corp.*          Robert D. Triantos
                                           Edmund W.K. Haitsuka
                                           **Carlsmith Ball LLP**
                                           75-1000 Henry St. Ste. 209
                                           Kailua-Kona, HI 96740

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2008, at Los Angeles, California.

Amy Kuzio