SEVERSON & WERSON
  Forrest Booth (Bar No. 74166)
  fb@severson.com
One Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff RSI Corp.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant International
Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 (RMW/HRL)<br><br>**STIPULATION CONTINUING HEARING DATE ON DEFENDANT IBM'S MOTION TO DISMISS FROM <u>SEPTEMBER 5, 2008</u> UNTIL <u>SEPTEMBER 19, 2008</u> AND SETTING BRIEFING SCHEDULE**<br><br>Crtrm.: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte<br>Prior Hrg. Date: September 5, 2008<br>Prior Hrg. Time: 9:00 a.m.<br>New Hrg. Date: September 19, 2008<br>New Hrg. Time: 9:00 a.m. |

20502/2601882.1

1   WHEREAS, defendant International Business Machines Corporation ("IBM")
2   filed and served a motion to dismiss on May 27, 2008 while this case was pending
3   in the United States District Court for the District of Hawaii;
4   WHEREAS, defendant IBM's motion to dismiss was taken off calendar
5   pending determination of defendant IBM's simultaneously-filed motion to transfer
6   venue;
7   WHEREAS, this case was transferred to the United States District Court for
8   the Northern District of California on July 14, 2008 following defendant IBM's
9   unopposed motion to transfer venue;
10  WHEREAS, on August 1, 2008, defendant IBM re-noticed its motion to
11  dismiss for hearing on September 5, 2008;
12  WHEREAS, plaintiff RSI Corporation's ("RSI") opposition to IBM's motion
13  is currently due on or before August 15, 2008; and
14  WHEREAS, plaintiff RSI seeks additional time to oppose IBM's motion to
15  dismiss following retention of counsel in California,
16  It is therefore stipulated between the Parties that:
17  1.   The hearing on defendant IBM's motion to dismiss (and concurrently-
18  filed Request for Judicial Notice) shall be continued to **September 19, 2008**; and
19  2.   Plaintiff RSI will file and serve any papers in opposition to defendant
20  IBM's motion to dismiss on or before **August 26, 2008.**
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

3. Defendant IBM will file and serve any reply papers in support of its motion to dismiss on or before **September 5, 2008**, consistent with Local Rule 7-3(c).

DATED: August 13, 2008         SEVERSON & WERSON

                               By_____
                               Forrest Booth
                               Attorneys for Plaintiff RSI Corp.

DATED: August 13, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               By_____
                               Valerie Roddy
                               Attorneys for Defendant International
                               Business Machines Corporation