1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
3    Scott Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
4    Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
6  Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Defendant International
Business Machines Corporation
9

10

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

13  SAN JOSE DIVISION

14  RSI CORP., dba RESPONSIVE
15  SYSTEMS COMPANY, a New Jersey
corporation,
16

17       Plaintiff,

18    vs.

19
20  INTERNATIONAL BUSINESS
MACHINES CORPORATION; and
21  DOE DEFENDANTS 1-20,

22       Defendants.

CASE NO. 5:08-cv-3414 (RMW/HRL)

**PROOF OF SERVICE**

Crtrm.: 6, 4th Floor
Judge:  Hon. Ronald M. Whyte

23

24

25

26

27

28

20502/2574940.1

## PROOF OF SERVICE

1

2     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is

3     865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

4     On August 13, 2008, I served true copies of the following document(s) described as:

5

6     1.     **STIPULATION CONTINUING HEARING DATE ON DEFENDANT IBM'S MOTION TO DISMISS FROM SEPTEMBER 5, 2008 UNTIL SEPTEMBER 19, 2008 AND SETTING BRIEFING SCHEDULE**

7

8     on the parties in this action as follows:

9     *Counsel for Plaintiff RSI Corp.*          Robert D. Triantos
        Edmund W.K. Haitsuka

10                                               **Carlsmith Ball LLP**
                                                 75-1000 Henry St. Ste. 209
                                                 Kailua-Kona, HI  96740

11

12    *Counsel for Plaintiff RSI Corp.*          Gary G. Grimmer
                                                 **Carlsmith Ball LLP**
                                                 1001 Bishop St. Ste. 2200

13                                               Honolulu, HI  96813

14    *Counsel for Plaintiff RSI Corp.*          Forrest Booth
                                                 **Severson & Werson**

15                                               One Embarcadero Center, 26th Floor

16                                               San Francisco, California  9411

17

18    **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The

19    envelope was mailed with postage thereon fully prepaid.

20    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22    Executed on August 13, 2008, at Los Angeles, California.

23

24    Tiffany Garcia

25

26

27

28