**\*E-FILED 8/25/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　Defendant. | No. C08-03414 RMW (HRL)<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated:   August 25, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:08-cv-3414 Notice has been electronically mailed to:**

2  Gary G. Grimmer ggrimmer@carlsmith.com

3  Shirley M. Kawamura skawamura@kltlaw.com

4  Shon Morgan shonmorgan@quinnemanuel.com, amykuzio@quinnemanuel.com, westonreid@quinnemanuel.com

5

6  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.