UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
———————————

www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 408.535.5364 |

### August 26, 2008

**CASE NUMBER:  CV 08-03414 RMW**
**CASE TITLE:  RSI CORP, ET AL.-v-INTERNATIONAL BUSINESS MACHINES CORPORATION, ET AL.**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Richard Seeborg** for all further discovery matters.

Counsel are instructed that all future filings shall bear the initials **RMW (RS)** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/25/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                        Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
|---|---|
| Log Book Noted | Entered in Computer 08/26/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | Transferor CSA |
|---|---|