1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Shon Morgan (Bar No. 187736)
2    shonmorgan@quinnemanuel.com
     Scott Watson (Bar No. 219147)
3    scottwatson@quinnemanuel.com
     Valerie Roddy (Bar No. 235163)
4    valerieroddy@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Defendant International
   Business Machines Corporation
9

10                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                     SAN JOSE DIVISION

13 | RSI CORP., dba RESPONSIVE        | CASE NO. 5:08-cv-3414 (RMW/RS)
14 | SYSTEMS COMPANY, a New Jersey
   | corporation,                     | **NOTICE OF ENTRY OF ORDERS**
15 |                                  |
16 |        Plaintiff,                | Crtrm.:         6, 4th Floor
   |                                  | Judge:          Hon. Ronald M. Whyte
17 |   vs.                            | Prior Hrg. Date: September 19, 2008
   |                                  | Prior Hrg. Time: 9:00 a.m.
18 |                                  | New Hrg. Date:  October 3, 2008
19 | INTERNATIONAL BUSINESS           | New Hrg. Time:  9:00 a.m.
   | MACHINES CORPORATION; and
20 | DOE DEFENDANTS 1-20,
21 |        Defendants.

20502/2617025.1

Case No. 5:08-cv-3414 (RMW/RS)
NOTICE OF ENTRY OF ORDERS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the following notices and orders were recently filed by the Court in the above-captioned case: (1) Clerk's Notice of Continuance, a true and correct copy of which is attached hereto as Exhibit A; (2) Order of Recusal, a true and correct copy of which is attached hereto as Exhibit B; and (3) Reassignment Order, a true and correct copy of which is attached hereto as Exhibit C.

DATED: August 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Valerie Roddy* (signature)
Valerie Roddy
Attorneys for Defendant International Business Machines Corporation

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSI CORPORATION, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>I.B.M., et al.,<br><br>        Defendant. | *E-FILED - 8/21/08*<br><br>CASE NO.: C-08-03414-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE**<br><br>**NEW DATE: OCTOBER 3, 2008**<br><br>**TIME: 9:00 AM** |

    PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANT'S MOTION TO DISMISS**, noticed for September 19, 2008, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

    If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

    The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: August 21, 2008

                                        BY: */s/ Jackie Garcia*
                                                JACKIE GARCIA
                                                Courtroom Deputy for
                                                Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

*E-FILED 8/25/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | No. C08-03414 RMW (HRL)<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated:   August 25, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:08-cv-3414 Notice has been electronically mailed to:**

2  Gary G. Grimmer ggrimmer@carlsmith.com

3  Shirley M. Kawamura skawamura@kltlaw.com

4  Shon Morgan shonmorgan@quinnemanuel.com, amykuzio@quinnemanuel.com,
   westonreid@quinnemanuel.com

6  **Counsel are responsible for distributing copies of this document to co-counsel who have
   not registered for e-filing under the court's CM/ECF program.**

**EXHIBIT C**

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 26, 2008

**CASE NUMBER:** CV 08-03414 RMW
**CASE TITLE:** RSI CORP, ET AL.-v-INTERNATIONAL BUSINESS MACHINES CORPORATION, ET AL.

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Richard Seeborg** for all further discovery matters.

Counsel are instructed that all future filings shall bear the initials **RMW (RS)** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/25/08

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 08/26/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA