QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20, <br><br> Defendants. | CASE NO. 5:08-cv-3414 (RMW/RS) <br><br> **PROOF OF SERVICE** <br><br> Crtrm.: 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 26, 2008, I served true copies of the following document(s) described as:

1. **NOTICE OF ENTRY OF ORDERS**

on the parties in this action as follows:

| | |
|---|---|
| *Counsel for Plaintiff RSI Corp.* | Robert D. Triantos<br>Edmund W.K. Haitsuka<br>**Carlsmith Ball LLP**<br>75-1000 Henry St. Ste. 209<br>Kailua-Kona, HI 96740 |
| *Counsel for Plaintiff RSI Corp.* | Gary G. Grimmer<br>**Carlsmith Ball LLP**<br>1001 Bishop St. Ste. 2200<br>Honolulu, HI 96813 |
| *Counsel for Plaintiff RSI Corp.* | Forrest Booth<br>**Severson & Werson**<br>One Embarcadero Center, 26th Floor<br>San Francisco, California 9411 |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 26, 2008, at Los Angeles, California.

*/s/ Tiffany Garcia*
Tiffany Garcia