**United States District Court**
For the Northern District of California

1
2
3
4                                                         **E-FILED on**   10/09/08
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | No. 5:08-cv-3414 RMW (RS)<br><br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE<br><br><br>**[Re Docket No. 33]** |

     For the reasons stated at the hearing, defendant's motion to dismiss is granted with leave to amend by October 31, 2008.

DATED:     10/08/08                              *Ronald M. Whyte*
                                                 RONALD M. WHYTE
                                                 United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR STRIKE—No. 5:08-cv-3414 RMW (RS)
ANK

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Robert D. Triantos         rcd@severson.com
Forrest Booth              fb@severson.com

**Counsel for Defendants:**

Shon Morgan                shonmorgan@quinnemanuel.com
Scott Watson               scottwatson@quinnemanuel.com
Valerie Roddy              valerieroddy@quinnemanuel.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/09/08                    /s/ JAS
                                           **Chambers of Judge Whyte**

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR STRIKE—No. 5:08-cv-3414 RMW (RS)
ANK                                        2