1   SEVERSON & WERSON
      Forrest Booth (Bar No. 74166)
2     fb@severson.com
      Ryan C. Donlon (Bar No. 229292)
3     rcd@severson.com
4   One Embarcadero Center, 26th Floor
    San Francisco, California  94111
5   Telephone:  (415) 398-3344
    Facsimile:   (415) 956-0409
6
7   Attorneys for Plaintiff RSI Corp.

8   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Shon Morgan (Bar No. 187736)
9     shonmorgan@quinnemanuel.com
      Scott Watson (Bar No. 219147)
10    scottwatson@quinnemanuel.com
      Valerie Roddy (Bar No. 235163)
11    valerieroddy@quinnemanuel.com                *E-FILED - 1/20/09*
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:   (213) 443-3100
14
15  Attorneys for Defendant International
    Business Machines Corporation

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                   SAN JOSE DIVISION

19
    RSI CORP., dba RESPONSIVE            CASE NO. 5:08-cv-3414 (RMW/HRL)
20  SYSTEMS COMPANY, a New Jersey
    corporation,                         STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]
21                                       ORDER CONTINUING HEARING
                                         DATE ON DEFENDANT IBM'S
22                Plaintiff,             MOTION TO DISMISS AND CASE
                                         MANAGEMENT CONFERENCE
23        vs.                            FROM JANUARY 30, 2009 TO
                                         FEBRUARY 20 , 2009
24  INTERNATIONAL BUSINESS
25  MACHINES CORPORATION; and            Crtrm.:        6, 4th Floor
    DOE DEFENDANTS 1-20,                 Judge:         Hon. Ronald M. Whyte
26                                       Prior Hrg. Date:   January 30, 2009
                                         Prior Hrg. Time:   9:00 a.m.
27                Defendants.            New Hrg. Date:   February 20, 2009
                                         New Hrg. Time:   9:00 a.m.
28

15280/0001/700259.2                  STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
                                            CONTINUING HEARING DATE
                                         Case No.:  5:08-cv-3414 RMW (RS)

1    WHEREAS, defendant International Business Machines Corporation's

2  ("IBM") motion to dismiss and strike and a related request for judicial notice, were

3  set for hearing on Friday, January 30, 2009 by stipulation;

4    WHEREAS, counsel for plaintiff RSI Corporation ("RSI") did not file any

5  opposition on January 9, 2009, as required by Civil Local Rule 7-3;

6    WHEREAS, defendant IBM is willing to continue the hearing of its motion

7  in order to permit RSI to file an opposition to IBM's motion; and

8    WHEREAS, there is presently a Case Management Conference scheduled to

9  coincide with the hearing on IBM's motions;

10    It is therefore stipulated between the Parties that:

11    1.    The hearing on defendant IBM's motion to dismiss and strike and

12  accompanying request for judicial notice is continued to February 20, 2009;

13    2.    RSI will file its opposition, if any, by January 23, 2009;

14    3.    IBM will file its reply papers, if any, by February 6, 2009; and

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

- 2 -

15280/0001/700259.2

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE
Case No.: 5:08-cv-3414 RMW (RS)

1    4.    The Case Management Conference currently set for January 30, 2009

2  is continued to February 20, 2009.

3  DATED:  January 13, 2009          SEVERSON & WERSON

4

5                                        By Ryan C. Donlon
                                            Ryan C. Donlon
6                                           Attorneys for Plaintiff RSI Corp.

7  DATED:  January 13, 2009          QUINN EMANUEL URQUHART OLIVER &
8                                    HEDGES, LLP

9

10                                       By Shon Morgan
                                            Shon Morgan
11                                          Attorneys for Defendant International
                                            Business Machines Corporation

12  **IT IS SO ORDERED.**

13

14

15  Date: 1/20/09           *Ronald M. Whyte*

16                          Hon. Ronald M. Whyte

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -