SEVERSON & WERSON
   Forrest Booth (Bar No. 74166)
   fb@severson.com
   Pamela L. Schultz (Bar No. 269032)
   pls@severson.com
One Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

***E-FILED - 12/15/10***

Attorneys for Plaintiff RSI CORP.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
   Scott Commerson (Bar No. 227460)
   scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>            Defendants. | CASE NO. 5:08-cv-3414 (RMW/HRL)<br><br>**STIPULATION FOR ORDER OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Crtrm.: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte<br><br>Filing Date: February 15, 2008<br>Trial Date: None |

1  WHEREAS, a Case Management Conference is scheduled in this case for December 17, 2010 at 10:30 a.m.

WHEREAS, since the last Case Management Conference in July 2010, the parties have continued to work toward a resolution of the case by exchanging documents. The parties also entered into a Protective Order with respect to documents exchanged during discovery.

WHEREAS, the parties have not yet been able to schedule a mediation of the disputes between them because they need to exchange further documentation and take the depositions of Rule 30(b)(6) witnesses before participation in mediation would be meaningful.

WHEREAS, the parties submit that they are continuing to exchange documents with the aim toward resolution of the case.

WHEREAS, the parties submit that the currently scheduled Case Management Conference would be of little benefit to the Court or the parties, and the parties agree that a Case Management Conference scheduled approximately 90 days later would be appropriate.

It is therefore stipulated between the Parties that, subject to the approval of the Court, the Case Management Conference currently scheduled for December 17, 2010, should be continued to March 18, 2011 or the next available date thereafter on the Court's calendar.

Dated: December 7, 2010         SEVERSON & WERSON

                                By: _____
                                    Forrest Booth
                                    Attorneys for Plaintiff RSI CORP.

Dated: December 7, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By: /s/ Shon Morgan
                                    Shon Morgan
                                    Attorneys for Defendant INTERNATIONAL
                                    BUSINESS MACHINES CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: This 15 day of December, 2010    _____
                                        Ronald M. Whyte
                                        Hon. Ronald M. Whyte