SEVERSON & WERSON
  Forrest Booth (Bar No. 74166)
  fb@severson.com
  Pamela L. Schultz (Bar No. 269032)
  pls@severson.com
One Embarcadero Center, 26th Floor
San Francisco, California  94111
Telephone:     (415) 398-3344
Facsimile:      (415) 956-0439

*E-FILED - 3/11/11*

Attorneys for Plaintiff RSI CORP.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOE DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 (RMW/HRL)<br><br>**[] STIPULATED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Crtrm.:         6, 4th Floor<br>Judge:         Hon. Ronald M. Whyte<br><br>Filing Date:    February 15, 2008<br>Trial Date:     None |

00889.20502/3820537.1
15280/0001/700259.2

STIPULATION FOR ORDER OF CONTINUANCE OF CASE
MANAGEMENT CONFERENCE
Case No.:  5:08-cv-3414 RMW (RS)

1   WHEREAS, a Case Management Conference is scheduled in this case for March 18, 2011 at 10:30 a.m., having been previously continued from December 17, 2010;

WHEREAS, the parties have continued to work toward a resolution of the case by supplementing their document productions and propounding additional discovery requests.

WHEREAS, the parties have not yet been able to schedule a mediation of the disputes between them because they need to complete their productions and take the depositions of Rule 30(b)(6) witnesses before participation in mediation would be meaningful.

WHEREAS, the parties submit that they are continuing to exchange documents and respond to written discovery with the aim toward resolution of the case.

WHEREAS, the parties submit that the currently scheduled Case Management Conference would be of little benefit to the Court or the parties, and the parties agree that a Case Management Conference scheduled approximately 90 days later would be appropriate.

It is therefore stipulated between the Parties that, subject to the approval of the Court, the Case Management Conference currently scheduled for March 18, 2011, should be continued to June 17, 2011, or the next available date thereafter on the Court's calendar.

Dated:  March 8, 2011                SEVERSON & WERSON

By:     s/Pamela L. Schultz
        Pamela L. Schultz
        Attorneys for Plaintiff RSI CORP.

Dated:  March 8, 2011                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     s/Shon Morgan
        Shon Morgan
        Attorneys for Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: This 11 day of March, 2011    *Ronald M. Whyte*
                                     Hon. Ronald M. Whyte

The Case Management Conference is continued to June 17, 2011 @ 10:30 a.m.  No further continuances.