UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>            Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**ORDER GRANTING DEFENDANT IBM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PAPERS FILED IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES AND OVERRULING OBJECTIONS TO DEPOSITION OF INTERNATIONAL BUSINESS MACHINES CORPORATION** |

1  Defendant International Business Machines Corporation ("IBM") has submitted an
2  administrative request to seal portions of its papers filed in support of its Opposition to Plaintiff's
3  Motion to Compel Production of Documents and Interrogatory Responses and Overruling
4  Objections to Deposition (the "Motion"). The request is made on the basis that the documents
5  sought to be sealed reflect confidential information designated as protected pursuant to the
6  Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).

7  Good cause appearing, the court **GRANTS** IBM's Motion for Administrative Relief To
8  File Under Seal and **ORDERS** that the following documents be filed under seal until further order
9  of the court:

| **Document** | **Portions Accepted Under Seal** |
|---|---|
| Defendant's Opposition to Plaintiff's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections· to Deposition of lnternational Business Machines Corporation. | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 10, line 19 through page 11 line 2;<br>Page 11, lines 7-10;<br>Page 18, lines 14-22;<br>Pages 18-19, note 16. |
| Declaration of Jonathan Bradshaw in support of Defendant's Opposition to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 3, lines 14-27;<br>Page 4, lines 9-17. |
| Declaration of Jackie Buford in support of Defendant's Opposition to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 2, lines 20-22;<br>Page 3, line 26 through page 4 line 2;<br>Page 4, line 4 through page 5 line 15. |
| Declaration of Scott Commerson in support of Defendant's Opposition to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 6, line 28 through page 7, line 7;<br>Page 7, note 5 |
| Exhibit A to the Declaration of Scott Commerson in support of Defendant's Opposition to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | The entirety of this document |
| Exhibit B to the Declaration of Scott Commerson in support of Defendant's | The entirety of this document |

| | |
|---|---|
| Opposition to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | |
| Exhibit E to Declaration of Scott Commerson | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 9, lines 17-19;<br>Page 22, lines 19-24;<br>Page 24, lines 4-7, 19-28;<br>Page 27, lines 13-14, 23-25;<br>Page 33, lines 1-9;<br>Exhibit A. |
| International Business Machines Corporation's Consolidated Separate Statement in Support of Opposition to RSI's Motion to Compel Further Responses to First Set of Requests for Production of Documents | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 4, lines 4-9;<br>Page 7, lines 10-15;<br>Page 10, lines 8-13;<br>Page 13, lines 8-13;<br>Page 16, lines 8-13. |
| International Business Machines Corporation's Consolidated Separate Statement in Support of Opposition to RSI's Motion to Compel Further Responses to Second Set of Requests for Production of Documents | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 4, lines 10-15;<br>Page 7, lines 10-14;<br>Page 10, lines 10-14;<br>Page 13, lines 10-14;<br>Page 20, line 28 through page 21, line 4. |

DATED:  April 4     , 2012

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Judge

Case No. 5:08-cv-3414 RMW
ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL