UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No.: 5:08-cv-3414 (RMW/RS)<br><br>**ORDER GRANTING RSI'S ADMINISTRATIVE MOTION TO PORTIONS OF DOCUMENTS UNDER SEAL IN SUPPORT OF RSI CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES AND OVERRULING OBJECTIONS TO DEPOSITIONS OF INTERNATIONAL BUSINESS MACHINES CORPORATION** |

After consideration of Plaintiff RSI Corp. dba Responsive Systems Company ("RSI") Administrative Motion to File under seal all or portions of:

(1) Plaintiff RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation;

(2) Declaration of Joel Goldstein in support of Plaintiff RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation, and accompanying exhibits; and

(3) Declaration of Pamela L. Schultz in support of Plaintiff RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation, and accompanying exhibits;

and good cause appearing, **IT IS HEREBY ORDERED** that RSI's Administrative Motion to seal is **GRANTED** and the following documents or portions of documents shall be received and filed under seal until further order of the court.

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| Plaintiff RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation. | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 8, lines 7-9;<br>Page 10, lines 20-27;<br>Page 18, lines 9-11;<br>Page 19, lines 1-3;<br>Page 24, lines 1-4. |
| Declaration of Joel Goldstein in support of to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 4, lines 14-16;<br>Page 8, lines 2-12, 15-28;<br>Page 9, lines 1-14. |
| Exhibit G to Declaration of Joel Goldstein | The entirety of this document. |
| Exhibit H to Declaration of Joel Goldstein | The entirety of this document. |
| Exhibit I to Declaration of Joel Goldstein | The entirety of this document. |
| Exhibit J to Declaration of Joel Goldstein | The entirety of this document. |
| Declaration of Pamela L. Schultz in support of to RSI's Motion to Compel Production of Documents and Interrogatory Responses and Overruling Objections to Deposition of International Business Machines Corporation | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 9, lines 7-12;<br>Page 10, lines 1-9;<br>Page 14, lines 13-15;<br>Page 14, lines 17-25;<br>Page 15, lines 1-4. |
| Exhibit E to Declaration of Pamela L. Schultz | The entirety of this document. |
| Exhibit F to Declaration of Pamela L. Schultz | The entirety of this document. |
| Exhibit J to Declaration of Pamela L. | The entirety of this document. |

- 2 -

15280/0001/2151277.2

~~PROPOSED~~ ORDER
Case No.: 5:08-cv-3414 (RMW/RS)

- 3 -

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| Schultz | |
| Exhibit O to Declaration of Pamela L. Schultz | The entirety of this document. |
| Exhibit P to Declaration of Pamela L. Schultz | The entirety of this document. |
| Exhibit Q to Declaration of Pamela L. Schultz | The entirety of this document. |

IT IS SO ORDERED.

Dated: ___April 4, 2012_____



_____
RONALD M. WHYTE
United States District Judge