UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>　　　　Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**ORDER ON DEFENDANT IBM'S ADMINISTRATIVE MOTION TO FILE NOTICE OF ERRATA UNDER SEAL** |

1  Pursuant to Civil L. R. 7-11, 79-5, and General Order No. 62, Defendant International
2 Business Machines Corporation ("IBM") has submitted an administrative request to file portions
3 of Exhibit A of its Notice of Errata under seal.  The request is made on the basis that the portions
4 sought to be sealed reflect confidential information designated as protected pursuant to the
5 Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).
6  Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To
7 File Under Seal and **ORDERS** that pages 1-3 of Exhibit A to IBM's Notice of Errata be filed
8 under seal.

10 DATED:  August 8    , 2012

13  The Honorable Ronald M. Whyte
    United States District Judge