|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | NORTHERN DISTRICT OF CALIFORNIA | |
| 8 | SAN JOSE DIVISION | |
| 9 | RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation, | CASE NO. 5:08-cv-3414 RMW (PVT) |
| 10 | Plaintiff, | **ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION FOR RSI'S SECOND AND FOURTH CAUSES OF ACTION** |
| 11 | vs. | |
| 12 | INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20, | |
| 13 | | |
| 14 | Defendants. | |

Defendant International Business Machines Corporation ("IBM") has submitted an administrative request to seal portions of its papers filed in support of its Motion for Summary Judgment of Defendant International Business Machines Corporation For RSI's Second and Fourth Causes of Action.  The request is made on the basis that the documents sought to be sealed reflect information designated as Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).

Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To File Under Seal and **ORDERS** that the following documents be filed under seal:

| Document | Portions Accepted Under Seal |
| --- | --- |
| Defendant's Motion for Summary Judgment of Defendant International Business Machines Corporation For RSI's Second and Fourth Causes of Action ("Motion") | The portions of this document indicated by yellow highlighting of the document text:<br><br>page 13, lines 5 and 15 |
| Declaration of Andrea Tiffany filed in support of the Motion | The portions of this document indicated by yellow highlighting of the document text:<br><br>page 2 at lines 8-14 |
| Exhibit U to the Declaration of Steve Mink filed in support of the Motion | The entirety of this document |
| Exhibits GG, HH, and MM to the Declaration of Shon Morgan filed in support of the Motion | The entirely of these documents |
| Exhibits M, JJ, and KK to the Declaration of Shon Morgan filed in support of the Motion | Exhibit M, page 1<br>Exhibit JJ, page 1<br>Exhibit KK, page 1 |
| Exhibit EE to Declaration of Shon Morgan filed in support of the Motion | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 9, lines 17-19;<br>Page 22, lines 19-24;<br>Page 24, lines 4-7, 19-28;<br>Page 27, lines 13-14, 23-25;<br>Page 33, lines 1-9;<br>Exhibit A. |

DATED: August 8    , 2012

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Judge