UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>　　　　　Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS PAPERS FILED IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendant International Business Machines Corporation ("IBM") has submitted an administrative request to seal portions of the papers in support of its Motion for Partial Summary Judgment. The request is made on the basis that the material sought to be sealed reflects confidential information designated as protected pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. # 91).

Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief to File Under Seal and **ORDERS** that the following material be filed under seal:

| Document | Portions Accepted Under Seal |
|---|---|
| Motion for Partial Summary Judgment of Defendant International Business Machines Corporation ("Motion") | The portion of this document indicated by yellow highlighting of the document text:<br><br>Page 9, lines 11-16. |
| Exhibit D to the Declaration of Shon Morgan in support of the Motion | The entirety of this document |
| Exhibit E to the Declaration of Shon Morgan in support of the Motion | The entirety of this document |
| Exhibit F to the Declaration of Shon Morgan in support of the Motion | The portion of this document indicated by yellow highlighting of the document text:<br><br>Page 9, lines 17-19;<br>Page 22, lines 19-24;<br>Page 24, lines 4-7 and 19-28;<br>Page 27, lines 13-14 and 23-25;<br>Page 33, lines 1-9; and<br>Exhibit A. |

DATED: _____August___8__, 2012

By _____*Ronald M. Whyte*_____
The Honorable Ronald M. Whyte
United States Disttrict Judge