UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION THAT HAS BEEN DESIGNATED PROTECTED BY DEFENDANT IBM** |

Pursuant to Civ. L. R. 79-5(d), Plaintiff RSI Corp. dba Responsive Systems Company ("RSI") has filed an Administrative Motion to File Portions of Documents Under Seal in Support of RSI's Opposition to International Business Machines Corporation's Motion for Summary Judgment on RSI's Second and Fourth Causes of Action (Doc. 138).

The Declaration of Scott Commerson filed May 31, 2012, establishes that the documents and information sought to be sealed have been designated as Confidential and Highly Confidential under the terms of the Stipulated Protective Order entered in this action on September 23, 2010 (Doc. 91).

Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To File Under Seal and **ORDERS** that the following documents be filed under seal:

| Document | Portions Accepted Under Seal |
|---|---|
| Plaintiff RSI Corporation's Opposition to International Business Machines Corporation's Motion for Summary Judgment on RSI's Second and Fourth Causes of Action | The portions of this document indicated by yellow highlighting of the document text:<br>3:24-28<br>4:1-8<br>4:25<br>5:12-13<br>6:15-16<br>6:17-19<br>8:23-24<br>21:21<br>22:1 |
| Declaration of Joel Goldstein in Support of RSI Corporation's Opposition to International Business Machines Corporation's Motion For Summary Judgment on RSI's Second and Fourth Causes of Action | The portions of this document indicated by yellow highlighting of the document text:<br>Page 6, lines 24-28;<br>Page 7, lines 1-2, 6-8, 10-15;<br>Page 12, lines 20-22;<br>Page 22, lines 6-8;<br>Page 27, lines 10-11. |
| Exhibit L to Declaration of Joel Goldstein | The entirety of this document |
| Declaration of Pamela L. Schultz in Support of RSI's Opposition to International Business Machines Corporation's Motion For Summary Judgment on RSI's Second and Fourth Causes of Action | The portions of this document indicated by yellow highlighting of the document text:<br>Page 3, lines 14-16;<br>Page 3, line 19;<br>Page 3, line 20;<br>Page 4, lines 2-3;<br>Page 4, lines 6-7;<br>Page 4, lines 13-15;<br>Page 4, lines 19-21;<br>Page 14, lines 10-11;<br>Page 15, lines 11-13;<br>Page 15, lines 15-25. |
| Exhibit A to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit B to Declaration of Pamela L. | The entirety of this document |

| | |
|---|---|
| Schultz | |
| Exhibit C to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit D to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit E to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit P to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit T to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit U to Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit V to Declaration of Pamela L. Schultz | The entirety of this document |

DATED:  August 8   , 2012

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge