UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>             Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON RSI'S SECOND AND FOURTH CAUSES OF ACTION**<br><br>Date: June 29, 2012<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Date: February 15, 2008<br>Trial Date: November 5, 2012 |

00889.20502/4787044.1

Case No. 5:08-cv-3414 RMW

[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL

1  Defendant International Business Machines Corporation ("IBM") has submitted an
2  administrative request to seal portions of its papers filed in support of its Reply in Support of
3  Motion for Summary Judgment of on RSI's Second and Fourth Causes of Action.  The request is
4  made on the basis that the documents sought to be sealed reflect information designated as
5  Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010
6  (Dkt. #91).
7  Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To
8  File Under Seal and **ORDERS** that the following documents be filed under seal:

| Document | Portions Accepted Under Seal |
|---|---|
| Defendant's Reply in Support of Motion for Summary Judgment of on RSI's Second and Fourth Causes of Action | The portions of this document indicated by yellow highlighting of the document text:<br><br>page 10, lines 16-21, lines 22-26 |

13  DATED:  August 8     , 2012

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Judge