UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSI CORP. dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. 5:08-cv-3414 RMW (PSG)<br><br>**ORDER ON RSI'S ADMINISTRATIVE MOTION PERTAINING TO SEALING OF DOCUMENTS IN MOTION TO COMPEL**<br><br>Hearing Date: August 24, 2012<br>Time: 9:00 a.m.<br>Dept.: 6<br>Judge: Hon. Ronald M. Whyte<br><br>Complaint Date:   February 15, 2008<br>Trial Date:   November 5, 2012 |

**AND NOW**, after consideration of Plaintiff RSI Corp. dba Responsive Systems Company ("RSI") Administrative Motion to File under seal all or portions of the Motion and Memorandum of Law in Support of RSI's Motion to Compel and the Declaration of Pamela L. Schultz in Support of that motion, and good cause appearing, **IT IS HEREBY ORDERED** that RSI's Administrative Motion to seal is **GRANTED** and the following documents or portions of documents shall be received and filed under seal.

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| Motion and Memorandum in Support of Motion to Compel | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 6, lines 26-27;<br>Page 7, lines 9-14 and 22-23;<br>Page 8, line 1;<br>Page 11, lines 25-26;<br>page 19, lines 14-18;<br>Page 20, lines 4-9. |
| Declaration of Pamela L. Schultz in Support of Motion to Compel | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 11, lines 4-6, 8, 101 15-16 and 22-23;<br>Page 12, lines 1-4, 6, 9, 12-16, 18-20 and 25-27;<br>Page 13, lines 1-2 and 10;<br>Page 16, line 10. |
| Exhibit J to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit L to the Declaration of Pamela L. Schultz | The first five pages of this document |
| Exhibit M to the Declaration of Pamela L. Schultz | The last two pages of this document |
| Exhibit N to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit O to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit P to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit Q to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit R to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit S to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit T to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit U to the Declaration of Pamela L. Schultz | The entirety of this document |
| Exhibit V to the Declaration of Pamela L. Schultz | The entirety of this document |

IT IS SO ORDERED.

DATED:      August 8      , 2012

_____
Ronald M. Whyte
United States District Judge