UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**ORDER ON DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COURT ORDER**<br><br>Complaint Date: February 15, 2008<br>Trial Date: November 5, 2012 |

00889.20502/4887412.1

Case No. 08-cv-3414 RMW (PVT)
[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COURT ORDER

Defendant International Business Machines Corporation ("IBM") has submitted an administrative request to maintain the sealed status of portions of the Court's Order Granting in Part and Denying in Part IBM's Motions for Partial Summary Judgment; Granting in Part RSI's Request for a Continuance Under Rule 56(d) (Dkt. # 184). The request is made on the basis that the material sought to be sealed reflects confidential information protected pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. # 91).

Good cause appearing, the Court **GRANTS** IBM's Motion and **ORDERS** that the following material remain under seal:

| Document | Portions Sealed |
| --- | --- |
| Order Granting in Part and Denying in Part IBM's Motions for Partial Summary Judgment; Granting in Part RSI's Request for a Continuance Under Rule 56(d) | The revenue information appearing on page 25, line 13 and page 25, line 15. |

DATED: _____August 8\_\_\_\_\_, 2012

By _____*Ronald M. Whyte*_____
The Honorable Ronald M. Whyte
United States Disttrict Judge

00889.20502/4887412.1

Case No. 08-cv-3414 RMW (PVT)
[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF COURT ORDER