SEVERSON & WERSON
  Forrest Booth (Bar No. 74166)
  fb@severson.com
  Pamela L. Schultz (Bar No. 269032)
  ps@severson.com
One Embarcadero Center, 26th Floor
San Francisco, California  94111
Telephone:    (415) 398-3344
Facsimile:    (415) 956-0439

Attorneys for Plaintiff RSI Corp.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**STIPULATION AND [] ORDER CONTINUING CERTAIN PRE-TRIAL DEADLINES**<br><br>Filing Date: February 15, 2008<br>Trial Date: March 18, 2013 |

1  WHEREAS, on July 27, 2012, the Court reset the trial date in this matter to March 18,
2  2013, the date for a pretrial conference to March 7, 2013, and the fact discovery cutoff to
3  November 21, 2012;
4  WHEREAS, International Business Machines Corporation ("IBM") has requested that RSI
5  Corp. ("RSI") consent to additional time to complete discovery;[1] and
6  WHEREAS, the Parties have agreed on a schedule to extend certain pre-trial deadlines to
7  provide more time to conduct the discovery that remains, which schedule is set forth below as
8  stipulated;
9  It is therefore stipulated between the Parties that:
10  1.  The fact discovery cutoff be continued from November 21, 2012 to January 18,
11     2013;
12  2.  The date for exchange of expert disclosures be continued from December 14, 2012
13     to January 31, 2013;
14  3.  The date for exchange of rebuttal expert disclosures be continued from January 9,
15     2013 to February 21, 2013;
16  4.  The date for a final hearing on any dispositive motions be continued from February
17     1, 2013 to March 1, 2013;
18  5.  The deadline to hold a settlement conference be continued from February 15, 2013
19     to February 28, 2013; and
20  6.  The pretrial conference and trial dates shall remain as set.

---

[1] IBM has also raised with RSI the extreme burden of complying with the Court's Order on Discovery Order No. 1, and the impossibility of completing the ordered discovery before the current trial date. IBM anticipates that issues pertaining to Discovery Order No. 1 will need to be addressed separately with the Court, and that a further continuance will be necessary. RSI does not agree.

1
2   DATED:  November 19, 2012         SEVERSON & WERSON

3
                                      By  s/Forrest Booth
4                                         Forrest Booth
                                          Attorneys for Plaintiff RSI Corp.
5

6   DATED:  November 19, 2012         QUINN EMANUEL URQUHART & SULLIVAN, LLP
7

8                                     By  s/Shon Morgan
                                          Shon Morgan
9                                         Attorneys for Plaintiff RSI Corp.

10

11  **IT IS SO ORDERED.**

12

13
                                      _Ronald M. Whyte_
14
15  Date: 12/14/12                    Hon. Ronald M. Whyte

16
17
18
19
20
21
22
23
24
25
26
27
28