UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. C-08-03414 RMW<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>[Re Docket No. 155, 170, 203, 219, 228, 230, 233, 237] |

In response to the court's November 30, 2012 Order, IBM filed new declarations setting forth with specificity the basis for more limited redactions. *See* Dkt. Nos. 240, 242.

For good cause, the court orders that the portions of the documents specified below be filed under seal:

| Document | Portions Sealed |
|---|---|
| Exhibit F to the Declaration of Scott Commerson in Support of Defendant IBM's Response to RSI's Supplemental Brief Re Willful Infringement and Estoppel (Dkt. # 231) (the "Commerson Declaration") | The customer information on the page bearing bates number IBM00134048 and indicated with green highlighting on the copy concurrently lodged with the Court |

| | |
|---|---|
| Exhibit H to the Commerson Declaration | The customer and license structure information on both pages of the exhibit, as indicated with green highlighting on the copy concurrently lodged with the Court |
| Exhibit I to the Commerson Declaration | The customer information on the first page of the exhibit bearing bates number RSI_00047226 and indicated with green highlighting on the copy concurrently lodged with the Court |
| Exhibit BB to the Supplemental Declaration of Pamela L. Schultz in Support of Supplemental Brief Re Willful Infringement and Estoppel as per Court Order of July 26, 2012 (the "Schultz Declaration") | The customer information on the page bearing bates number IBM00030237 and indicated with green highlighting on the copy concurrently lodged with the Court |
| Exhibit CC to the Schultz Declaration | <ul><li>The customer license structure information at pages 191 and 192 of the deposition transcript and indicated in green highlighting on the copy concurrently lodged with the Court</li><li>The customer information on the page bearing bates number IBM00030237 and indicated with green highlighting on the copy concurrently lodged with the Court</li><li>The customer, revenue and license structure information on Karger Exhibit 88 bearing bates number IBM00133561 and indicated with green highlighting on the copy concurrently lodged with the Court</li><li>The customer, revenue and license structure information on Karger Exhibit 89 bearing bates number IBM00133560 and indicated with green highlighting on the copy concurrently lodged with the Court</li></ul> |
| Exhibit DD to the Schultz Declaration | The customer information on the page bearing bates number IBM00133588 and indicated with green highlighting on the copy concurrently lodged with the Court |

| Document | Portions Sealed |
|---|---|
| Declaration of Pamela L. Schultz in support of RSI's Motion for Partial Summary Judgment Regarding Trademark Infringement in Marketing of Buffer Pool Analyzer and Other Unauthorized Use of Buffer Pool Tool Trademark (Dkt. # 205) (the "Schultz Declaration") | The customer information on page 2 and indicated with green highlighting on the copy concurrently lodged with the Court |

| | |
|---|---|
| Exhibit B to the Schultz Declaration | The customer information on the first page of the exhibit bearing bates number IBM00054541, as indicated with green highlighting on the copy concurrently lodged with the Court |
| Declaration of Scott Commerson in Support of IBM's Response to RSI's Letter Application to Compel Responses to Interrogatories (Dkt. # 170) | The accounting specifics on pages 9 and 10 and indicated with green highlighting on the copy concurrently lodged with the Court |

Consistent with Local Rule 79-5, General Order 62, this order, and the court's November 30, 2012 Order, the court orders the parties to file electronic copies with ECF of all of the documents referenced in the previous administrative motions to seal at docket numbers: 155, 170, 203, 219, 228, 230, 233, and 237.

Dated:  December 21, 2012

_____
Ronald M. Whyte
United States District Court Judge

ORDER GRANTING MOTIONS TO SEAL
CASE NO. C-08-03414
SW

- 3 -