SEVERSON & WERSON
  Forrest Booth (Bar No. 74166)
  fb@severson.com
  Pamela L. Schultz (Bar No. 269032)
  ps@severson.com
One Embarcadero Center, 26th Floor
San Francisco, California  94111
Telephone:     (415) 398-3344
Facsimile:     (415) 956-0439

Attorneys for Plaintiff RSI Corp.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>                    Defendants. | CASE NO. 5:08-cv-3414 RMW (PSG)<br><br>**STIPULATION AND []<br>ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER CONTINUING TRIAL DATE AND OTHER DEADLINES OR, IN THE ALTERNATIVE, FOR CASE MANAGEMENT CONFERENCE TO DISCUSS SCHEDULING ISSUES**<br><br><br>Filing Date: February 15, 2008<br>Trial Date: March 18, 2013 |

1    WHEREAS, Defendant International Business Machines Corporation ("IBM") is

2   concurrently filing its Motion for Order Continuing Trial Date and Other Deadlines or, in the

3   Alternative, for Case Management Conference to Discuss Scheduling Issues (the "Motion");

4    WHEREAS, Plaintiff RSI Corp. ("RSI") will oppose the Motion;

5    WHEREAS, IBM has requested that RSI stipulate to shortening the time to hearing for the

6   Motion;

7    WHEREAS, the current schedule in this case sets the fact discovery cut-off for January 18,

8   2013; and

9    WHEREAS, the Parties hereby stipulate pursuant to Local Rule 6-2 to shorten the time to

10   hear the Motion so that the Motion can be heard on January 18, 2013;

11    It is therefore stipulated between the Parties to shorten the time for hearing the Motion and,

12   if convenient for the Court's calendar, to set the hearing for January 18, 2013.

13   DATED:  January 9, 2013            SEVERSON & WERSON

14

15                                      By   /s/ Forrest Booth

16                                          Forrest Booth
                                           Attorneys for Plaintiff RSI Corp.

17

18   DATED:  January 9, 2013            QUINN EMANUEL URQUHART & SULLIVAN,
                                        LLP

19

20                                      By   /s/ Shon Morgan

21                                          Shon Morgan
                                           Attorneys for Plaintiff RSI Corp.

22

23   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25

26

27   _____          *Ronald M. Whyte*
     Date                             _____
                                      Hon. Ronald M. Whyte

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>SIGNATURE ATTESTATION</u>

I, Keala Chan, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i), I hereby certify that concurrence in the filing of this document has been obtained from Forrest Booth and Shon Morgan.

DATED: January 9, 2013                     /s/ Keala Chan_____
                                                                Keala Chan