UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. C-08-03414 RMW<br><br>**ORDER**<br><br>[Re Docket No. 259] |

The court tentatively believes that modification of the October 2012 Discovery Order, Dkt. No. 218, may be more appropriate than continuing the trial date.

No later than January 17, 2013, both parties are ordered to file proposed orders modifying the court's discovery order that will allow RSI to obtain the discovery it needs without being unreasonably burdensome to IBM. For example, this could be accomplished by limiting the custodians to a designated number who are most likely to have the information requested by RSI.

Dated: January 16, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER
CASE NO. C-08-03414
SW

- 1 -