UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. C-08-03414 RMW<br><br>**ORDER TENTATIVELY DENYING MOTION TO SEAL**<br><br>[Re Docket No. 258] |

The court tentatively denies IBM's motion to seal. Scott Commerson's declaration, Dkt. No. 258-1, is insufficient to establish that the redacted information is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." L.R. 79-5(a). If IBM wishes the information contained in its papers filed in support of its motion to continue the trial date and Commerson's declaration to stay confidential, it must file a new declaration on or before February 6, 2013, setting forth with specificity and with supporting case law how the redacted information constitutes a trade secret or is otherwise entitled to protection under the law.

Dated: January 24, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER
CASE NO. C-08-03414
SW

- 1 -