UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. C-08-03414 RMW<br><br>**ORDER CONTINUING HEARING AND ALLOWING SUPPLEMENTAL BRIEFING** |

The hearing with regard to IBM's motion for summary judgment, Dkt. No. 271, is continued to March 6, 2013, at 9 AM. Both parties may file supplemental briefing addressing the questions posed in the court's tentative. Any supplemental briefing must be filed by March 4, 2013, and may not be more than 5 pages. In any supplemental briefing, the parties may not introduce new evidence—they are limited to evidence already put on the record as part of this motion—except that the parties may introduce and cite to new evidence if it was produced after each party filed its last brief on this motion. The court will not consider new evidence, except as stated above, and is only interested in clarification of the factual record before it on this motion.

Dated: March 1, 2013

Ronald M. Whyte
United States District Court Judge

ORDER CONTINUING HEARING
CASE NO. C-08-03414
SW
- 1 -