QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>         Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**[PROPOSED]** **ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>**PORTIONS OF DEFENDANT INTERNATIONAL BUSINESS MACHINES' REPLY IN SUPPORT OF MOTION FOR ORDER CONTINUING TRIAL DATE AND OTHER DEADLINES, OR, IN THE ALTERNATIVE, REQUEST FOR SCHEDULING CONFERENCE**<br><br>Complaint Date: February 15, 2008<br>Trial Date: March 18, 2013 |

1    Defendant International Business Machines Corporation ("IBM") has submitted an
2 administrative request to seal portions of its Reply in Support of Motion for Order Continuing
3 Trial Date and Other Deadlines, or, in the Alternative, Request for Scheduling Conference.  The
4 request is made on the basis that the material sought to be sealed reflect information designated as
5 Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010
6 (Dkt. #91).

7    Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To
8 File Under Seal and **ORDERS** that the following portions of the Reply in Support of Motion for
9 Order be filed under seal:

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| Exhibit C to the Declaration of Scott Commerson in support of IBM's Reply | The entirety of this document |
| Exhibit D to the Declaration of Scott Commerson in support of IBM's Reply | The entirety of this document |
| Exhibit F to the Declaration of Scott Commerson in support of IBM's Reply | The entirety of this document |
| Exhibit G to the Declaration of Scott Commerson in support of IBM's Reply | The entirety of this document |

DATED:  April 9, 2013

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge

00889.20502/5135839.1

Case No. 5:08-cv-3414 RMW
[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL