QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Scott Commerson (Bar No. 227460)
scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>~~[PROPOSED]~~ **ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL:**<br><br>**PORTIONS OF DEFENDANT INTERNATIONAL BUSINESS MACHINES' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Date: February 15, 2008<br>Trial Date: March 18, 2013 |

Defendant International Business Machines Corporation ("IBM") has submitted an administrative request to seal portions of its Motion for Summary Judgment ("Motion"). The request is made on the basis that the material sought to be sealed reflect information designated as Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. #91). RSI filed a declaration, Dkt. No. 282, in support of sealing exhibits B, D, E.

Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To File Under Seal as modified and **ORDERS** that the following portions of the Reply in Support of Motion for Order be filed under seal:

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| ~~Motion for Summary Judgment and Memorandum of Points and Authorities~~ | ~~The portions of this document indicated by highlighting of the document text:~~<br><br>~~Page 9, lines 11-12, 17-20, and portions of Footnote 5;~~<br>~~Page 10, lines 11-21, and 25-28;~~<br>~~Page 11, lines 1-6, 21-22, and portions of Footnote 7;~~<br>~~Page 12, lines 1-2, and 5-7;~~<br>~~Page 14, lines 19-21;~~<br>~~Page 15, line 26;~~<br>~~Page 16, line 1,~~<br>~~Page 17, lines 13-14, and 18,~~<br>~~Page 18, portions of Footnote 15;~~<br>~~Page 19, lines 6-8, and 20-21;~~<br>~~Page 20, lines 22-24;~~<br>~~Page 21, line 9;~~ |
| ~~Exhibit A to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment~~ | ~~The portions of this document indicated by highlighting of the document text:~~<br><br>~~Pages 18 – 24, 26, 39 – 41, and 43 – 46.~~ |
| Exhibit B to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The entirety of this document |
| ~~Exhibit C to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment~~ | ~~The entirety of this document~~ |
| Exhibit D to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The entirety of this document |
| Exhibit E to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The entirety of this document |
| ~~Exhibit F to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment~~ | ~~The entirety of this document~~ |
| ~~Exhibit G to the Declaration of Scott~~ | ~~The entirety of this document~~ |

| | |
|---|---|
| Commerson in support of IBM's Motion for Summary Judgment | |
| Exhibit H to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The entirety of this document |
| Exhibit I to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The entirety of this document |
| Exhibit K to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The portions of this document indicated by highlighting of the document text:<br><br>Pages 33<br>Exhibit A |
| Exhibit S to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The entirety of this document |
| Exhibit W to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The portions of this document indicated by highlighting of the document text:<br><br>Portions of Pages 1 – 4. |
| Exhibit AA to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The portions of this document indicated by highlighting of the document text:<br><br>Portions of Pages 1 – 2. |
| Exhibit BB to the Declaration of Scott Commerson in support of IBM's Motion for Summary Judgment | The portions of this document indicated by highlighting of the document text:<br><br>Portions of Pages 1 – 2. |

DATED: April 9, 2013



The Honorable Ronald M. Whyte
United States District Judge