QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL:<br><br>CONFIDENTIAL IBM INFORMATION IN RSI'S OPPOSITION TO IBM'S THIRD MOTION FOR SUMMARY JUDGMENT<br><br>Complaint Date: February 15, 2008<br>Trial Date: March 18, 2013 |

Plaintiff has submitted an administrative request to seal portions of its Opposition to IBM's Third Motion for Summary Judgment (Dkt. # 283).  The request is made on the basis that the material sought to be sealed reflect information designated by Defendant International Business Machines Corporation as Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).

1  Pursuant to Civ. L. R. 79-5(d), Defendant IBM has submitted a declaration establishing
2  that portions of RSI's Opposition to IBM's Third Motion for Summary Judgment and associated
3  papers (Dkt. # 278 through Dkt. #281), contain sealable information.
4  Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To
5  File Under Seal and **ORDERS** that the following portions of the Motion to Strike be filed under
6  seal:

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| RSI's Opposition to IBM's Third Motion for Summary Judgment (Dkt. # 278) | Portions of 11;15 and 11:16 |
| Declaration of Martin Hubel (Dkt. # 279) | Portions of 3:5-6 and 3:25-26 |
| Hubel Declaration Ex. A | Portions of ¶¶ 44, 53-57, 107, 110-11, 113-14 |
| Hubel Declaration Ex. B | The entirety of the document |
| Hubel Declaration Ex. C | The entirety of the document |
| Hubel Declaration Ex. D | The entirety of the document |
| Hubel Declaration Ex. E | The entirety of the document |
| Hubel Declaration Ex. F | The entirety of the document |
| Hubel Declaration Ex. G | The entirety of the document |
| Hubel Declaration Ex. H | The entirety of the document |
| Hubel Declaration Ex. I | The entirety of the document |
| Hubel Declaration Ex. J | The entirety of the document |
| Hubel Declaration Ex. K | The entirety of the document |
| Hubel Declaration Ex. L | The entirety of the document |
| Hubel Declaration Ex. M | The entirety of the document |
| Hubel Declaration Ex. N | The entirety of the document |
| Hubel Declaration Ex. O | The entirety of the document |
| Declaration of Pamela Schultz (Dkt. #281) | Portions of 6:7 |
| Schultz Declaration Ex. A | The entirety of the document |
| Schultz Declaration Ex. C | The entirety of the document |
| Schultz Declaration Ex. D | The entirety of the document |

DATED: April 19, 2013

_____
The Honorable Ronald M. Whyte
United States District Judge