UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>   Defendants. | Case No. C-08-03414 RMW<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>[Re Docket No. 288] |

For good cause, based upon the declarations filed by the parties (Dkt. Nos. 288-1, 292), the court orders that the portions of the documents specified below be filed under seal and the rest of the documents mentioned in the administrative motion, Dkt. No. 288-2, be filed without seal or redaction:

| Document | Portions Sealed |
|---|---|
| IBM's Reply in Support of Motion for Summary Judgment | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 5, lines 21, 23, and 25,<br>Page 6, lines 1, 4-9, 16, and 25,<br>Page 7, line 7,<br>Page 8, line 24. |
| Exhibit B to the Supplemental Declaration of Scott Commerson in Support of IBM's Motion for Summary Judgment | The entirety of this document. |

Dated: April 10, 2013

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge

ORDER GRANTING MOTION TO SEAL
CASE NO. C-08-03414
SW

- 2 -