QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL:<br><br>**PORTIONS OF IBM'S REPLY IN SUPPORT OF MOTION TO STRIKE JURY DEMAND**<br><br>Complaint Date: February 15, 2008<br>Trial Date: March 18, 2013 |

Defendant has submitted an administrative request to seal portions of its Reply in Support of Motion to Strike Jury Demand.  The request is made on the basis that the material sought to be sealed reflect information designated by Defendant International Business Machines Corporation as Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).

Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To File Under Seal and **ORDERS** that the following portions of IBM's Trial Brief be filed under seal:

1

2 | Document to Seal | Portions Accepted Under Seal |
| --- | --- |
| Exhibit B to the Declaration of Tyler Whitmer in Support of IBM's Reply in Support of Motion to Strike Jury Demand | The entirety of this document |

3

4

5 DATED: April 10, 2013

6

7 _____

8 The Honorable Ronald M. Whyte
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00889.20502/5189406.1

Case No. 5:08-cv-3414 RMW

[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL