1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2    shonmorgan@quinnemanuel.com
     Scott Commerson (Bar No. 227460)
3    scottcommerson@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:      (213) 443-3000
5  Facsimile:      (213) 443-3100

6  Attorneys for Defendant
   International Business Machines Corporation
7

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                   SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL:<br><br>**EXHIBIT A TO THE SUPPLEMENTAL DECLARATION OF PAMELA SCHULTZ SUPPORT OF RSI'S OPPOSITION TO IBM'S THIRD MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Date: February 15, 2008<br>Trial Date: March 18, 2013 |

Plaintiff has submitted an administrative request to seal Exhibit A to the Supplemental Declaration of Pamela L. Schultz in Support of RSI's Opposition to IBM's Third Motion for Summary Judgment (Dkt. #357). The request is made on the basis that the material sought to be sealed reflect information designated by Defendant International Business Machines Corporation as Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).

Good cause appearing, the Court **GRANTS** the Motion for Administrative Relief To File Under Seal and **ORDERS** that the following portions of the Rebuttal Report of Courtney Bragg Chlebus be filed under seal:

| Document to Seal | Portions Accepted Under Seal |
|---|---|
| Exhibit A to the Supplemental Declaration of Pamela L. Schultz in Support of RSI's Opposition to IBM's Third Motion for Summary Judgment (Rebuttal Expert Report of Courtney Bragg Chlebus) | The portions of this document indicated by yellow highlighting of the document text:<br><br>Page 11, ¶ 60;<br>Page 14, ¶ 77;<br>Page 19, ¶¶ 105, 106, and 108;<br>Page 22, ¶¶ 125(b), 128, and FN 70; and<br>Page 23, ¶ 131. |

DATED:  April 10, 2013

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

00889.20502/5205816.1

Case No. 5:08-cv-3414 RMW
[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL