QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott Commerson (Bar No. 227460)
  scottcommerson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL:<br><br>PORTIONS OF IBM'S SUPPLEMENTAL BRIEFING IN FURTHER SUPPORT OF IBM'S MOTION FOR SUMMARY JUDGMENT<br><br>Complaint Date: February 15, 2008<br>Trial Date: March 18, 2013 |

Defendant has submitted an administrative request to seal portions of its Supplemental Briefing in Further Support of IBM's Motion for Summary Judgment.  The request is made on the basis that the material sought to be sealed reflect information designated by Defendant International Business Machines Corporation as Protected Material pursuant to the Stipulated Protective Order entered on September 23, 2010 (Dkt. #91).

1     Good cause appearing, the Court **GRANTS** IBM's Motion for Administrative Relief To

2  File Under Seal and **ORDERS** that the following portions of IBM's Supplemental Briefing be

3  filed under seal:

| Document to Seal | Portions Accepted Under Seal |
| --- | --- |
| its Supplemental Briefing in Further Support of IBM's Motion for Summary Judgment | The portions of this document indicated by yellow highlighting of the document text: Page 3, lines 14, 17, 19, 20, and 25-28 |

DATED:   Cr tkri'32.''4235

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Judge

00889.20502/5197907.1

Case No. 5:08-cv-3414 RMW
[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL