UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. C-08-03414 RMW<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>[Re Docket No. 258] |

To be sealable a document must be "privileged or protectable as a trade secret or otherwise entitled to protection under the law." L.R. 79-5(a). It is not appropriate to seal documents merely because a party has marked them confidential under the protective order. Here, IBM moves to seal the number of sales people involved in specific types of sales related to this case and some general information about its internal systems. *See* Dkt. Nos. 258, 258-1. This information is not a trade secret and therefore sealing is inappropriate. The motion is DENIED and IBM is ordered to file unsealed versions of the papers by April 24, 2013.

Dated: April 10, 2013

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge

ORDER DENYING MOTION TO SEAL
CASE NO. C-08-03414
SW

- 1 -