MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
PAMELA L. SCHULTZ (State Bar No. 269032)
pls@severson.com
ERIK M. KOWALEWSKY (State Bar No. 205985)
emk@severson.com
VERITA J. MOLYNEAUX (State Bar No. 250875)
vjm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

Attorneys for Plaintiff
RSI CORP. dba RESPONSIVE SYSTEMS
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RSI CORP., dba RESPONSIVE SYSTEMS COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES DEFENDANTS 1-20,<br><br>Defendants. | CASE NO. 5:08-cv-3414 RMW (PVT)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The undersigned parties, by their attorneys of record, hereby request dismissal of the above-referenced action with prejudice, with each side to bear its own costs.

| | | |
|---|---|---|
| 1 | DATED: 4/2/13 | SEVERSON & WERSON |
| 2 | | A Professional Corporation |
| 3 | | |
| 4 | | By: _____ |
| | | Mark Kenney |
| 5 | | Attorneys for Plaintiff RSI CORP. dba RESPONSIVE SYSTEMS COMPANY |
| 6 | | |
| 7 | DATED: 4/2/13 | QUINN EMANUEL URQUHART & SULLIVAN |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| | | Shon Morgan |
| 11 | | Attorneys for International Business Machines Corp. |

IT IS SO ORDERED:

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE